IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOTTIE JEAN PARHAM                                                              PLAINTIFF

v.                                      No. 5:12-cv-198-DPM

MILLCREEK OF ARKANSAS;
ACADIA HEALTHCARE OF
TENNESSEE; MATT WILSHIRE,
individually and as agent for
corporate defendants; DOUG
FREEMAN, individually and
as agent for corporate defendants;
and BRENDA MATHEWS, individually
and as agent for corporate defendants                                  DEFENDANTS

ORDER

This case was apparently inadvertently filed in this Court even though the complaint is styled in the El Dorado Division of the Western District. Venue is proper there, not here. The case is therefore transferred, 28 U.S.C. § 1406(a), to the Western District of Arkansas, El Dorado Division.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2012